IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHEE ABD RASHEED, | No. CIV S-09-3552-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| SUPERVISOR, STATE CORRECTION SYSTEM, et al. | |
| Defendants. | |
| _____ / | |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in this aciton.

   On April 22, 2010, the court issued an order requiring plaintiff to resolve the fee status of this case in order to proceed.  Plaintiff responded indicating that he had tried to send the court a partial filing fee but was unable to do so.  On November 10, 2010, the court allowed plaintiff an additional 30 days to resolve his fee status, instructing plaintiff to submit supporting documents if he continued to claim denial of access to his trust account funds.  Plaintiff was warned that failure to pay the full filing fee, or provide documentation supporting his claim that he is being denied access to his trust account funds, would result in the dismissal of this action

for lack of prosecution and failure to comply with court rules and orders.  <u>See</u> Local Rule 110.

To date, Plaintiff has not responded to the November 10, 2010, order, nor has he resolved his fee status for this action.  Therefore, this action will be dismissed without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed without prejudice;

2. All pending motions are denied as moot; and

3. The Clerk of the Court is directed to enter judgment and close this file.

DATED: January 13, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2